# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

October 18, 2002

**Before**

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. MICHAEL S. KANNE, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 00-4276

| | |
|---|---|
| Promatek Industries, Limited., | Appeal from the United States District |
|        *Plaintiff-Appellee*, | Court for the Northern District |
| | of Illinois, Eastern Division. |
|   *v.* | |
| | No. 00 C 4999 |
| Equitrac Corporation, | |
|        *Defendant-Appellant*. | Milton I. Shadur, |
| | *Judge*. |

**O R D E R**

The slip opinion issued in the above-entitled cause on August 13, 2002 is hereby amended as follows:

On page 9, the second-to-last sentence of the first paragraph (beginning "It is Equitrac's use of the term...") should be removed and replaced with the following: "The problem here is not that Equitrac, which repairs Promatek products, used Promatek's trademark in its metatag, but that it used that trademark in a way calculated to deceive consumers into thinking that Equitrac was Promatek. *Id.*"

Immediately following the sentence to be inserted above, the following footnote should be inserted: "It is not the case that trademarks can *never* appear in metatags, but that they may only do so where a legitimate use of the trademark is being made."